NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3273

### LISA B. HINES,

Petitioner,

v.

### DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0432090151-I-1.

ON MOTION

Before SCHALL, Circuit Judge.

## O R D E R

The court treats Lisa B. Hines' letter concerning the court's previous order denying her motion for leave to proceed in forma pauperis as a second motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied. The petition will be dismissed unless Hines pays the docketing fee within 21 days of the date of filing of this order.

(2) The Department of Veterans Affairs' brief is due within 30 days of the date of filing of this order.

FOR THE COURT

_____DEC 1 4 2009_____
Date

cc:    Lisa B. Hines
       Michael B. Snyder, Esq.

s8

/s/ Jan Horbaly_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2009

JAN HORBALY
CLERK